**2**

Carrol BALDWIN, alias Jack Cranton, v. STATE. (No. 11098.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Sam D. Stinson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is robbery; punishment fixed at confinement in the penitentiary for a period of 25 years. The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No fundamental error has been perceived or pointed out. The judgment is affirmed.

**3**

Wanion BELL v. STATE. (No. 11303.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Commissioners' Decision. Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Baskett & De Lee, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

MARTIN, J. Appellant was indicted and convicted of the theft of an automobile of the value of $350, and his punishment assessed at 2 years' confinement in the penitentiary. No statement of facts or bills of exception are in the record, and, there being no fundamental error shown in the record, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**4**

A. T. BLANKENSHIP v. STATE. (No. 11073.) Court of Criminal Appeals of Texas. June 22, 1927. Rehearing Denied Oct. 19, 1927. Appeal from District Court, Bell County; Lewis H. Jones, Judge. J. W. Thomas, of Belton, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for forgery; punishment fixed at confinement in the penitentiary for a period of 2 years. The indictment appears regular. The case comes before this court without statement of facts or bills of exceptions. No fundamental error having been revealed by the record, the judgment is affirmed.

**5**

Tom BROWN v. STATE. (No. 11422.) Court of Criminal Appeals of Texas. Nov. 2, 1927. Appeal from District Court, Kaufman County; Joel R. Bond, Judge. G. O. Crisp, of Kaufman, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.